IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CRAIG L. JONES,** | ) | Civil Action No. 7:12-cv-00365 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NORTHWESTERN REGIONAL** | ) | |
| **ADULT DETENTION CENTER, et al.,** | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  December 14, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge